PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LUJUANA NOTTINGHAM, ) | |
| ) | CASE NO. 1:16CV2606 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGE BENITA Y. PEARSON |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | **ORDER** [Resolving ECF Nos. 21, 22] |

Pending before the Court is the parties' Joint Stipulation for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 22. Also pending is Plaintiff's Motion for Attorney's Fees pursuant to the EAJA. ECF No. 21.

The Court hereby awards attorney's fees to Plaintiff in the sum of $1,875.00, in full satisfaction and settlement of any and all claims Plaintiff may have in this matter. The award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 that may be payable for counsel's work before the Court in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the attorney's fee assignment duly signed by Plaintiff and her counsel.

(1:16CV2606)

Defendant shall direct the Treasury Department to mail any check in this matter to the business address of Plaintiff's counsel.

    Plaintiff's Motion for Attorney's Fees ([ECF No. 21](ECF No. 21)) is denied as moot.

    IT IS SO ORDERED.

| | |
|---|---|
| June 27, 2017 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |